UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$11,156.00 IN U.S. CURRENCY, and,<br>$2,000.00 in U.S. CURRENCY,<br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 04-11513 JLT<br>)<br>)<br>)<br>) MAGISTRATE JUDGE Alexander |

**<u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to Title 21, United States Code, Sections 881(a)(6), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345, 1355, and 1356. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The <u>in rem</u> defendant properties are now, and, during the pendency of this action, will be within the jurisdiction of this Court.

3. The defendant properties are identified as:

a) $11,156 in United States currency, seized from Roger Leach on January 30, 2004; and

b) $2,000 in United States currency, seized from 105 Juniper Road, Belmont, Massachusetts, the residence of Roger Leach, on January 30, 2004,

(collectively, "the Defendant Currency").

4. As detailed in the Affidavit of United States Postal Inspection Service Postal Inspector Michael J. McCarran, attached

hereto as Exhibit A, and incorporated herein by reference, the United States has probable cause to believe that the Defendant Currency represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the federal drug laws, and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

5.  The Defendant Currency, therefore, is subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. §§ 881(a)(6).

WHEREFORE, the United States of America prays:

1.  That a warrant and monition, in the form submitted herewith, be issued to the United States Marshal for the District of Massachusetts, commanding him to serve process upon the Defendant Currency, and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2.  That judgment of forfeiture be decreed against the Defendant Currency;

3.  That thereafter, the Defendant Currency shall be disposed of according to law; and

4.   For costs and all other relief to which the United States may be entitled.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

By: *Jennifer H. Zacks* by KBB
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: July 6, 2004

VERIFICATION

I, Michael J. McCarran, Postal Inspector, United States Postal Inspection Service, state that I have read the foregoing Verified Complaint for Forfeiture In Rem and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information and belief.

*[signature]*
Michael J. McCarran, Postal
Inspector, United States Postal
Inspection Service

Dated: 7/6/04

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                         Boston

Then personally appeared before me the above-named Michael J. McCarran, Postal Inspector, United States Postal Inspection Service, who acknowledged the foregoing to be true to the best of his knowledge, information, and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this 6th day of July, 2004.

*[signature]* Lisa J. Talbot
Notary Public
My commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

N:\LTalbot\Zacks\$11,156 and $2,000 in U.S. Currency (Leach)\Complaint for Forfeiture.wpd

4

**EXHIBIT A**

**AFFIDAVIT**

I, Michael J. McCarran, being duly sworn, depose and state:

1.  I am a Postal Inspector assigned to the Boston office of the Boston Division of the United States Postal Inspection Service. I have been a Postal Inspector for approximately eighteen (18) years. I am assigned to the investigation of prohibited mail, which includes narcotics and controlled substances.

2.  I have received training in the investigation of illegal narcotics distribution involving the mails, including training in the methods and procedures commonly employed by narcotics distributors, and in the methods and procedures, including controlled deliveries, used by law enforcement to detect, monitor and prevent narcotics distribution using the mails. As part of my training, I have attended investigative courses sponsored by the United States Postal Inspection Service which focused on the detection of controlled substances sent through the mail. I have also received additional specialized training in the investigation, identification, and illegal distribution of narcotics given by the United States Postal Inspection Service. I have also attended a number of additional courses and seminars on narcotics investigations.

3.  During the course of my employment, I have been involved in several hundred investigations involving the distribution of

1

controlled substances through the U.S. Mail and other private courier services, many of which later resulted in the controlled delivery of packages found to contain controlled substances.

4. As a result of my personal participation in this investigation, my conversations with other agents and officers, and my review and analysis of reports and other documents, I am familiar with all aspects of this investigation. This affidavit is based both on my personal knowledge and on information that I have received from a variety of other sources, including other law enforcement officers and agents.

5. This affidavit does not contain every fact that I know about this investigation, but is limited to that information necessary to demonstrate probable cause for forfeiture in rem against the following property:

  a) $11,156 in United States currency, seized from Roger Leach on January 30, 2004; and

  b) $2,000 in United States currency, seized from 105 Juniper Road, Belmont, Massachusetts, the residence of Roger Leach, on January 30, 2004,

(collectively, "the Defendant Currency").

As described in more detail below, the Defendant Currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of the federal drug laws,

and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

## THE INVESTIGATION

6.  On January 27, 2004, during a review of outgoing Express Mail packages in San Diego, California, Postal Inspector Steve Ice ("Inspector Ice"), identified two suspicious packages. Express Mail package #ER317163377 US was addressed to Darren Sandos, 12242 Fielding, Detroit, Michigan 48228, listing a return address of Manuela Chavez, 745 Apple Road, Escondido, California 92027. Express Mail package #ER317163385 US was addressed to John McCue, 9 Brackett Street, Brighton, Massachusetts ("9 Brackett Street"), listing a return address of Robert Auto Mechanic, 751 Commercial Street, Escondido, California 92029. Inspector Ice noted that the handwriting on both package labels appeared to be the same, but different senders' names and addresses were listed. In addition, the sequentially numbered Express Mail packages listed non-existent return addresses.

7.  Based on these observations, Inspector Ice notified the Boston Postal Inspection Service, to allow them to further investigate Express Mail package #ER317163385 US (hereafter "the Express Mail package" or "the package"), which was addressed to 9 Brackett Street.

8.  On January 28, 2004, as a result of this communication by

3

Inspector Ice, I contacted the Brighton, Massachusetts, Post Office and spoke with the letter carrier who regularly delivers mail to 9 Brackett Street, Brighton, Massachusetts 02135. The letter carrier stated that he had delivered mail to Frank McHugh, Shawn McHugh, and William Cloran at 9 Brackett Street, but that he did not recognize "John McCue," the name listed on the Express Mail package, as a person who received mail at 9 Brackett Street.

9. On January 30, 2004, at approximately 8:00 a.m., I retrieved the Express Mail Package from the Air Mail Center located at Logan Airport. I contacted Sergeant Mark Marron ("Sergeant Marron"), of the Massachusetts State Police and made arrangements for a controlled delivery, that is, a delivery made under surveillance by law enforcement officers.

10. With the assistance of the Massachusetts State Police and the Boston Police Department, on January 30, 2004, at approximately 10:35 a.m., dressed in a U.S. Postal uniform and driving a U.S. Postal truck, I attempted to make a controlled delivery of the Express Mail package to 9 Brackett Street. An unidentified male at that address stated that Frank and Shawn McHugh resided at 9 Brackett Street, but that no-one by the name of "John McCue" lived at that address.

11. I gave this unidentified male Postal Service Form 3849, Delivery Notice receipt. This notice stated that the package would be returned to the sender, addressee unknown. I then returned the

4

Express Mail package to the Brighton Post Office and requested to be informed if anyone attempted to retrieve the package.

12. Later that same day, surveillance tapes from the Brighton Post Office show a stocky white male in his 30s, wearing a baseball cap and a dark jacket, later identified as Roger Leach ("Leach"), making two attempts to retrieve the Express Mail package. Leach described the package as a large box to a Postal Employee at the Brighton Post Office. Leach was told by the Brighton Post Office Employee that the package would be available for pickup after 4:00 p.m.

13. At approximately 4:00 p.m., a telephone call was made to the Brighton Post Office regarding the package and the caller was told that the package was available for pickup. A later review of Leach's cell phone (telephone number 617-869-2632) shows an outgoing call at 4:02 p.m. to 617-254-5026, which is the number of the Brighton Post Office.

14. Shortly thereafter, Sergeant Marron observed a 1998 Honda Accord, Massachusetts Registration 23AN38 (the "Honda Accord"), park near the Brighton Post Office. This vehicle is registered to Roger Leach and the driver fit the description of the person who had previously attempted to pick up the package.

15. Leach entered the Brighton Post Office and handed the Postal clerk the same delivery notice that I had left at 9 Brackett Street earlier that day. I was able to overhear the conversation

5

between Leach and the clerk. When the Postal clerk asked Leach for identification, Leach responded that the package was for his roommate "John McCue," who could be contacted at 617-923-8267. The Postal clerk made a copy of Leach's driver's license and Leach signed for the Express Mail package. The telephone number supplied by Leach for "John McCue" is the telephone number of Perfect Ten Studios Super Fitness Gym in Watertown, Massachusetts, where Leach later stated that he was employed by a tanning business inside the Super Fitness Gym.

16. After Leach had taken the package, he was approached by law enforcement officers. Following a conversation with the officers, Leach signed a consent form, authorizing the search of the Express Mail package. Inside the package were 77 bottles of anabolic steroids, which are a controlled substance.

17. Leach consented to a search of his person, and he was found to be carrying $1,750 in U.S. currency and documents that appear, based on my training and experience, to be records of drug customers and sales. The U.S. currency consisted of twelve $100 bills, twenty-seven $20 bills, and two $5 bills. When asked, Leach admitted that he also had additional bottles of steroids and $3,000 in cash at his home. Leach also consented to a search of his Honda Accord, admitting that he had at least 20 pounds of marijuana in the trunk of the Honda Accord and a large amount of cash. A search of the Honda Accord revealed 19 large plastic bags, each containing

6

approximately a pound of marijuana. In the center console of the Honda Accord, the officers found $9,406 in U.S. currency, mostly in $100 and $50 bills.

18. Leach consented to a search of his residence at 105 Juniper Street, Belmont, Massachusetts 02478 (the "Juniper Street residence"). An additional $2,000 in U.S. currency was discovered in the Juniper Street residence, along with 22 bottles of liquid steroids, numerous needles and syringes, and 185 white pills embossed "C" on one side.

19. Leach was placed under arrest by the Boston Police and signed a form indicating that he had been advised of, and chose to waive, his Miranda rights. He was charged with Possession with Intent to Distribute a Class D and Class E Drug and School Zone Violations, _Commonwealth v. Roger B. Leach_, Docket Number 04-08CR000130. Leach admitted that he had been illegally distributing steroids for the past five years and that he also sold marijuana. He stated that he used his computer to order steroids and used addresses, including 9 Brackett Street, of various friends and associates to receive delivery of the packages of steroids.

20. Based on the information detailed above, I have probable cause to believe that the Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in

7

exchange for a controlled substance or listed chemical in violation of the federal drug laws, and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

Signed under the pains and penalties of perjury this 6th day of July, 2004.

*[signature]*
Michael J. McCarran
Postal Inspector
U.S. Postal Inspection Service

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$11,156.00 in U.S. Currency, and $2,000.00 in U.S. Currency

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210   (617) 748-3100

ATTORNEYS (IF KNOWN)
04 11513 JLT

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Government intends on forfeiting Defendant Currency pursuant to 21 U.S.C. § 881(a)(6).

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  7/6/04
SIGNATURE OF ATTORNEY OF RECORD
Jennifer H. Zacks  by KB

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## **TRANSMITTAL**

> Once case is assigned, please forward to Civil Docketing, U.S. Attorney's Office.

# 04 11513 JLT

**CLERK OF COURT:**

**RE:**  United States of America   **vs.**  $11,156.00 in U.S. Currency, and $2,000.00 in U.S. Currency

**PLEASE DESIGNATE:**

Court Number: _____

Date Filed:  July 6, 2004

Assistant U.S. Attorney:  Jennifer H. Zacks