```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
              Plaintiff,         )
                                 )
         v.                      )   Civil Action No. 04-11513-JLT
                                 )
$11,156.00 IN U.S. CURRENCY;     )
AND $2,000.00 IN U.S. CURRENCY;  )
              Defendants.        )
```

**MOTION FOR ENTRY OF DEFAULT**

The United States of America, by and through its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that a default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Roger Leach, and all other persons claiming an interest in the defendant properties, described herein as:

- $11,156.00 in United States currency, seized from Roger Leach on January 30, 2004; and

- $2,000.00 in United States currency, seized from 105 Juniper Road, Belmont, Massachusetts, the residence of Roger Leach, on January 30, 2004,

(collectively referred to as the "Defendant Currency"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and 18 U.S.C. §983.  The failure to submit a verified claim justifies the entry of default.  See United States v. One-Sixth Share Of James J. Bulger In All Present And Future Proceeds Of Mass Millions Lottery Ticket No. M246233, 326 F.3d 36, 40-41 (1st Cir. 2003)(failure to file a timely verified claim disqualifies putative

claimant from participating in civil forfeiture action).

In support of this application, the United States submits the attached Affidavit.

                Respectfully submitted,

                    UNITED STATES OF AMERICA
                    By its attorneys,

                    MICHAEL J. SULLIVAN
                    United States Attorney


              By: /s/Jennifer H. Zacks
                    Jennifer H. Zacks
                    Assistant U.S. Attorney
                    1 Courthouse Way, Suite 9200
                    Boston, MA  02210
                    (617) 748-3100

Dated: November 18, 2004

SO ORDERED AND ALLOWED


_____
JOSEPH L. TAURO
United States District Judge

Date: _____


### CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon Anthony M. Cardinale, Esquire as Counsel for Roger B. Leach, 655 Summer Street, Boston, MA 02210, by first class mail, postage prepaid.

                /s/Jennifer H. Zacks
                Jennifer H. Zacks
                Assistant U.S. Attorney

N:\JZacks\leach\default motion0.wpd