```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 04-11513-JLT
                                )
$11,156.00 IN U.S. CURRENCY;    )
AND $2,000.00 IN U.S. CURRENCY; )
            Defendants.         )
```

**AFFIDAVIT IN SUPPORT OF**
<u>**MOTION FOR ENTRY OF DEFAULT**</u>

I, Jennifer H. Zacks, state under oath as follows:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action <u>in</u> <u>Rem</u> for forfeiture of the following defendant properties:

- $11,156.00 in United States currency, seized from Roger Leach on January 30, 2004; and

- $2,000.00 in United States currency, seized from 105 Juniper Road, Belmont, Massachusetts, the residence of Roger Leach, on January 30, 2004,

(collectively referred to as the "Defendant Currency"). This is a civil forfeiture action, and, accordingly, is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

2. The Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6), as moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or

listed chemical in violation of the federal drug laws, and/or proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

3. The Verified Complaint for Forfeiture In Rem (the "Complaint") was filed in the United States District Court on or about July 6, 2004.

4. This Court found probable cause that the Defendant Currency is subject to forfeiture to the United States, and issued a Warrant and Monition, on or about July 12, 2004, directing the United States Marshals Service ("USMS") to give notice to all persons concerned that a Complaint in Rem had been filed, and to arrest and retain the Defendant Currency in its custody.

5. Notice of the United States' Complaint was published, in accordance with the Warrant and Monition, in the Boston Herald newspaper on September 30, October 7, and October 14, 2004. A copy of the USMS Process Receipt and Return form and the published notice are attached as Exhibit A.

6. A copy of the Verified Complaint and a certified copy of the Warrant and Monition were sent by certified mail to Roger Leach, 3503 Stearns Mill Road, Waltham, MA 02451 on or about October 6, 2004, and via his attorney, Anthony M. Cardinale, Esquire, 655 Summer Street, Boston, MA 02210, on or about October 6, 2004. Copies of the USMS Process Receipt and Return forms are

attached as Exhibits B and C respectively.  Roger Leach did not file either a verified claim or answer to the Complaint.

7.  Under Supplemental Rule C(6) and 18 U.S.C. §983(a)(4), any person asserting an interest in the Defendant Currency was required to file a claim not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint.  In addition, any person asserting an interest in the Defendant Currency was required to file an answer to the Complaint no later than 20 days after the date of the filing of any claim.

8.  As of today's date, November 18, 2004, no claims to the Defendant Currency or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

9.  To the best of my knowledge, and upon information and belief, neither Roger Leach, nor anyone else with an interest in the Defendant Currency, is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 18th day of November, 2004.

/s/ Jennifer H. Zacks
_____
Jennifer H. Zacks
Assistant U.S. Attorney

---

[1] In order to determine Roger Leach's military status, the United States searched the Department of Defense Manpower Data Center using Roger Leach's name and social security number.

`N:\JZacks\leach\Affidavit in Support of (M) for Entry of Default.wpd`