UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,       )<br>                               )<br>     v.                        )CIVIL ACTION NO. 04-cv-11513 JLT<br>                               )<br>                               )<br>$11,156 IN US CURRENCY and     )<br>$2000 in US CURRENCY,          )<br>            Defendants.        ) | |

## UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for entry of a default judgment and an order of forfeiture, forfeiting the two lots of United States currency (consisting of one lot of $11,156 and one lot of $2,000) that are the *in rem* defendants in this civil forfeiture action (collectively, "the Defendant Currency").  In support of this motion, the United States states as follows:

On November 18, 2004, the United States filed a motion, pursuant to FRCP 55(a), for entry of default in the above-captioned action.  This motion was accompanied by the affidavit of Jennifer Zacks, which is attached to the instant motion as Exhibit 1.

On December 6, 2004, this Court granted the United States' motion for entry of default in this action, based on the failure of Roger Leach or any other party to file a verified claim in this

civil forfeiture action. The United States is entitled to a judgment of default and an order of forfeiture, for the reasons described in more detail in the attached affidavit of Jennifer H. Zacks and in the affidavit of United States Postal Inspector Michael J. McCarran, previously submitted to this Court in support of the United States' complaint in this civil forfeiture action.

The United States of America therefore requests that this Court enter a judgment of default and an order of forfeiture, forfeiting the two lots of currency that are the in rem defendants in this case. A proposed form of order is attached.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorneys,
>
>Michael J. Sullivan
>United States Attorney
>
>By:/s/ Jennifer H. Zacks
>   Jennifer H. Zacks
>   Assistant U.S. Attorney
>   1 Courthouse Way
>   Suite 9200
>   Boston, MA  02210
>   (617) 748-3100

Dated: January 12, 2005

CERTIFICATE OF SERVICE

    This is to certify that I, Jennifer H. Zacks, have this day caused to be served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Anthony M. Cardinale
655 Summer Street
Boston MA 02210

This 12th day of January, 2005.

                                    /s/ Jennifer H. Zacks
                                    Jennifer H. Zacks
                                    ASSISTANT UNITED STATES ATTORNEY