UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br><br>$11,156 IN US CURRENCY and<br>$2000 in US CURRENCY,<br>        Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-cv-11513 JLT<br>)<br>)<br>)<br>)<br>) |

**<u>FINAL JUDGMENT AND ORDER OF FORFEITURE</u>**

This Court having issued a notice of default for failure to submit a verified claim in this civil forfeiture action against Roger Leach, and all other persons claiming an interest in the defendant properties, described herein as:

    a.   $11,156 in United States currency, seized from Roger Leach on January 30, 2004; and

    b.   $2,000 in United States currency, seized from 105 Juniper Road, Belmont, Massachusetts, the residence of Roger Leach, on January 30, 2004, (collectively, the "Defendant Currency")

and the United States having submitted the attached affidavit and having demonstrated that the United States in entitled to forfeiture of the Defendant Currency and that no person known to have any interest in the Defendant Currency is an infant or an incompetent person or in the military service of the United States, it is hereby

    ORDERED, ADJUDGED and DECREED:

    1.   That judgment be, and hereby is, entered in favor of the plaintiff, the United States;

    2.   That the Defendant Currency, consisting of $11,156 in

United States Currency and $2,000 in United States currency, is hereby forfeited to the United States, pursuant to 21 U.S.C. §881(a)(6);

    3.    That any claim of interest of Roger Leach, and of any other parties claiming any right, title, or interest in or to the defendant currency, is hereby held in default and dismissed;

    4.    That the United States, through the United States Marshals Service, shall retain the defendant currency in its secure custody and control, and shall dispose of it in accordance with law;

    5.    That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
JOSEPH L. TAURO
United States District Judge

Date:_____, 2005